```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 06-20385-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ROLLIE CRAWLEY,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Peter R. Palermo United States Magistrate Judge on July 26, 2007. A Report and Recommendation was filed on September 11, 2007, recommending payment in the amount of $10,738.35 as to voucher number FLS0061687 The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2007.

                                                _____
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

Copied: Kenneth White, Esq.